# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| NICOLAS GARCIA, *Plaintiff* <br> v. <br> SPOKANE COUNTY, JAIL COMMANDER JOHN MCGRATH, SGT. SMITH, AND DEPUTY NATHAN FOO, *Defendant* | Civil Action No. 10-CV-349-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Defendants Spokane County, Jail Commander John McGrath, Sgt. Smith and Deputy Nathan Foo.

This action was *(check one)*:

☑ tried by a jury with Judge Thomas O. Rice presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: June 8, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen